UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |

Cheryl Rivelli, individually, as surviving spouse of
Joseph Rivelli Jr.;

Cheryl Rivelli, as the Personal Representative of the
Estate of Joseph Rivelli Jr., deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Joseph Rivelli Jr.;

Michael Rivelli, individually, as surviving sibling of
Joseph Rivelli Jr.;

Lynda Rivelli Wall, individually, as surviving sibling
of Joseph Rivelli Jr.;

Carmen Alvarado Rivera, as the co-Personal
Representative of the Estate of Linda I. Rivera,
deceased, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Linda I.
Rivera;

Daniel Henry, individually, as surviving sibling of
Catherina Robinson;

Daniel Henry, as the Personal Representative of the
Estate of Catherina Robinson, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Catherina Robinson;

Sicely N. McCants, individually, as surviving child of
Judy Rowlett;

Sicely N. McCants, as the Personal Representative of
the Estate of Judy Rowlett, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Judy Rowlett;

Rita L. Ruback, individually, as surviving spouse of
Paul G. Ruback;

Civil Docket Number: _____

**IRAN SHORT FORM**
**COMPLAINT AND DEMAND**
**FOR TRIAL BY JURY**

Rita L. Ruback, as the Personal Representative of the
Estate of Paul G. Ruback, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Paul G. Ruback;

Leslie C. Ruben, individually, as surviving sibling of
Ronald J. Ruben;

Leslie C. Ruben, as the co-Personal Representative of
the Estate of Ronald J. Ruben, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Ronald J. Ruben;

Antoinette Rubino, individually, as surviving parent of
Joanne Rubino;

Antoinette Rubino, as the Personal Representative of
the Estate of Joanne Rubino, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Joanne Rubino;

Anthony Rubino, individually, as surviving sibling of
Joanne Rubino;

Margaret Grigonis, individually, as surviving parent of
Susan A. Ruggiero;

Tara Safronoff, individually, as surviving spouse of
Brock J. Safronoff;

Tara Safronoff, as the Personal Representative of the
Estate of Brock J. Safronoff, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Brock J. Safronoff;

Aaron Safronoff, individually, as surviving sibling of
Brock J. Safronoff;

Debra M. Safronoff, individually, as surviving parent
of Brock J. Safronoff;

Joel Safronoff, individually, as surviving parent of
Brock J. Safronoff;

Cyrina Morrison, individually, as surviving sibling of
Brock J. Safronoff;

2

Shawn Saiya, individually, as surviving child of
Edward Saiya;

Shawn Saiya, as the co-Personal Representative of the
Estate of Edward Saiya, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and
family members of Edward Saiya;

Katherine R. Schlosser, individually, as surviving
child of Edward Saiya;

Katherine R. Schlosser, as the co-Personal
Representative of the Estate of Edward Saiya,
deceased, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Edward
Saiya;

Mary E. Salamone, individually, as surviving spouse
of John P. Salamone;

Mary E. Salamone, as the Personal Representative of
the Estate of John P. Salamone, deceased, and on
behalf of all survivors and all legally entitled
beneficiaries and family members of John P.
Salamone;

Jordanis Theodoridis, as Personal Representative of
the Estate of Michael Theodoridis, deceased, the late
spouse of Rahma Salie;

Deborah Rooney, individually, as surviving spouse of
John Sammartino;

Deborah Rooney, as the Personal Representative of the
Estate of John Sammartino, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of John Sammartino;

Nicole Sammartino, individually, as surviving child of
John Sammartino;

Jose A. Medina, individually, as surviving sibling of
Ayleen J. Santiago;

Sonia Hernandez, individually, as surviving sibling of
Ayleen J. Santiago;

3

Julio Medina, individually, as surviving parent of
Ayleen J. Santiago;

Phaedra Savas, individually, as surviving spouse of
Anthony Savas;

Phaedra Savas, as the Personal Representative of the
Estate of Anthony Savas, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Anthony Savas;

Laurence Schlissel as Personal Representative of the
Estate of Ruth Schlissel, deceased, the late parent of
Jon S. Schlissel;

Denise Schrang, individually, as surviving spouse of
Gerald P. Schrang;

Denise Schrang, as the Personal Representative of the
Estate of Gerald P. Schrang, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Gerald P. Schrang;

Jaclyn McManus, individually, as surviving child of
Gerald P. Schrang;

Tevis Laspa, individually, as surviving sibling of
Susan Lee Schuler;

Katherine R. Krieger, individually, as surviving
sibling of Susan Lee Schuler;

Elizabeth Schlehr, individually, as surviving sibling of
Margaret Seeliger;

Arthur A. Walier, individually, as surviving parent of
Margaret Seeliger;

Andrew T. Walier, individually, as surviving sibling
of Margaret Seeliger;

James M. Walier, individually, as surviving sibling of
Margaret Seeliger;

Joseph Walier, individually, as surviving sibling of
Margaret Seeliger;

4

John P. Walier, individually, as surviving sibling of Margaret Seeliger;

Matthew Walier, individually, as surviving sibling of Margaret Seeliger;

Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger;

Paul Walier, individually, as surviving sibling of Margaret Seeliger;

Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier, deceased, the late parent of Margaret Seeliger;

Ruth Sigmund, individually, as surviving parent of Johanna Sigmund;

Ruth Sigmund, as the Personal Representative of the Estate of Johanna Sigmund, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Johanna Sigmund;

John Sigmund Sr., individually, as surviving parent of Johanna Sigmund;

Patricia Signer, individually, as surviving parent of Dianne Signer;

Patricia Signer, as the Personal Representative of the Estate of Dianne Signer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dianne Signer;

John F. Signer, individually, as surviving sibling of Dianne Signer;

Kenneth Signer, individually, as surviving sibling of Dianne Signer;

Jill S. Polansky, individually, as surviving sibling of Thomas E. Sinton III;

Sally Sinton, individually, as surviving sibling of Thomas E. Sinton III;

docs-100078833.1

Susan M. Sinton, individually, as surviving parent of
Thomas E. Sinton III;

Tiffany Smith, individually, as surviving child of Leon
Smith;

Nakia Smith, individually, as surviving child of Leon
Smith;

Yolanda Smith-Purdy, individually, as surviving child
of Leon Smith;

Mary Elizabeth Reddy, individually, as surviving
sibling of Moira A. Smith;

Patricia S. Rafter, as the Personal Representative of
the Estate of Bonnie Smithwick, deceased, and on
behalf of all survivors and all legally entitled
beneficiaries and family members of Bonnie
Smithwick;

Patricia Smithwick Rafter as Personal Representative
of the Estate of Thomas J. Smithwick, deceased, the
late spouse of Bonnie Smithwick;

Katharine E. Smithwick, individually, as surviving
child of Bonnie Smithwick;

James W. Smithwick, individually, as surviving child
of Bonnie Smithwick;

Peter Shihadeh as Personal Representative of the
Estate of Theodore D. Smithwick, deceased, the late
parent of Bonnie Smithwick;

Peter Shihadeh, individually, as surviving sibling of
Bonnie Smithwick;

Peter Shihadeh as Personal Representative of the
Estate of Jeanne Santamarie Shihadeh, deceased, the
late parent of Bonnie Smithwick;

Michael Spampinato as Personal Representative of the
Estate of Mary Spampinato, deceased, the late parent
of Donald F. Spampinato;

Barbara Carroll Spence, individually, as surviving

spouse of Maynard S. Spence;

Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S. Spence, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maynard S. Spence;

Vincent A. Statz, individually, as surviving parent of Patricia J. Statz;

Leslie Intindoli as Personal Representative of the Estate of Theresa Strauss, deceased, the late parent of Steven Strauss;

Leslie Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss;

Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss;

James R. Sullivan, individually, as surviving parent of Christopher P. Sullivan;

Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan;

Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Peter Q. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan;

Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan;

Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift;

James S. Swift (via POA: Peter T. Swift), individually, as surviving sibling of Thomas F. Swift;

7

Patrick T. Swift, individually, as surviving sibling of
Thomas F. Swift;

Frances Swift, individually, as surviving parent of
Thomas F. Swift;

Frances Swift as Personal Representative of the Estate
of Peter T. Swift, Sr., deceased, the late parent of
Thomas F. Swift;

George O. Taylor, individually, as surviving sibling of
Hilda E. Taylor;

George O. Taylor, as the Personal Representative of
the Estate of Hilda E. Taylor, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Hilda E. Taylor;

Dennis Stafford, individually, as surviving child of
Hilda E. Taylor;

Octavia Bangura, individually, as surviving child of
Hilda E. Taylor;

Yvette Jones, individually, as surviving sibling of
Hilda E. Taylor;

Edna Mibayo, individually, as surviving sibling of
Hilda E. Taylor

Plaintiff(s),

-against-

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form

Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September

11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved

by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference

the specific allegations, as indicated below, of (a) the <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs'

8

Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.    Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

9

## CAUSES OF ACTION

3.     Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.     In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and

10

federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5.      The following allegations and information are alleged on behalf of each

individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form

Complaint, herein referred to as "Plaintiffs."

      a.   The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

      b.   Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

      c.   As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

      d.   For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

      e.   For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

      f.   The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the

11

attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6.      The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7.      By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8.      By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: December 17, 2018

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman
Bruce Strong
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*Attorneys for Plaintiffs*

# APPENDIX

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Cheryl Rivelli | NY | United States | Joseph Rivelli Jr. | Spouse | United States | Solatium |
| 2 | Cheryl Rivelli | NY | United States | Joseph Rivelli Jr. | PR | United States | Wrongful Death/Solatium |
| 3 | Michael Rivelli | NY | United States | Joseph Rivelli Jr. | Sibling | United States | Solatium |
| 4 | Lynda Rivelli Wall | NY | United States | Joseph Rivelli Jr. | Sibling | United States | Solatium |
| 5 | Carmen Alvarado Rivera | FL | United States | Linda I. Rivera | Co-PR | United States | Wrongful Death/Solatium |
| 6 | Daniel Henry | NY | United States | Catherina Robinson | Sibling | United States | Solatium |
| 7 | Daniel Henry | NY | United States | Catherina Robinson | PR | United States | Wrongful Death/Solatium |
| 8 | Sicely N. McCants | IL | United States | Judy Rowlett | Child | United States | Solatium |
| 9 | Sicely N. McCants | IL | United States | Judy Rowlett | PR | United States | Wrongful Death/Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

13

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 10 | Rita L. Ruback | NY | United States | Paul G. Ruback | Spouse | United States | Solatium |
| 11 | Rita L. Ruback | NY | United States | Paul G. Ruback | PR | United States | Wrongful Death/Solatium |
| 12 | Leslie C. Ruben | NJ | United States | Ronald J. Ruben | Sibling | United States | Solatium |
| 13 | Leslie C. Ruben | NJ | United States | Ronald J. Ruben | Co-PR | United States | Wrongful Death/Solatium |
| 14 | Antoinette Rubino | KY | United States | Joanne Rubino | Parent | United States | Solatium |
| 15 | Antoinette Rubino | KY | United States | Joanne Rubino | PR | United States | Wrongful Death/Solatium |
| 16 | Anthony Rubino | KY | United States | Joanne Rubino | Sibling | United States | Solatium |
| 17 | Margaret Grigonis | NY | United States | Susan A. Ruggiero | Parent | United States | Solatium |
| 18 | Tara Safronoff | CA | United States | Brock J. Safronoff | Spouse | United States | Solatium |
| 19 | Tara Safronoff | CA | United States | Brock J. Safronoff | PR | United States | Wrongful Death/Solatium |
| 20 | Aaron Safronoff | CA | United States | Brock J. Safronoff | Sibling | United States | Solatium |
| 21 | Debra M. Safronoff | MI | United States | Brock J. Safronoff | Parent | United States | Solatium |
| 22 | Joel Safronoff | MI | United States | Brock J. Safronoff | Parent | United States | Solatium |
| 23 | Cyrina Morrison | MI | United States | Brock J. Safronoff | Sibling | United States | Solatium |
| 24 | Shawn Saiya | MD | United States | Edward Saiya | Child | United States | Solatium |

14

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 25 | Shawn Saiya | MD | United States | Edward Saiya | Co-PR | United States | Wrongful Death/Solatium |
| 26 | Katherine R. Schlosser | MD | United States | Edward Saiya | Child | United States | Solatium |
| 27 | Katherine R. Schlosser | MD | United States | Edward Saiya | Co-PR | United States | Wrongful Death/Solatium |
| 28 | Mary E. Salamone | NJ | United States | John P. Salamone | Spouse | United States | Solatium |
| 29 | Mary E. Salamone | NJ | United States | John P. Salamone | PR | United States | Wrongful Death/Solatium |
| 30 | Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis | Switzerland | Switzerland | Rahma Salie | Spouse (Deceased) | Switzerland | Solatium |
| 31 | Deborah Rooney | VA | United States | John Sammartino | Spouse | United States | Solatium |
| 32 | Deborah Rooney | VA | United States | John Sammartino | PR | United States | Wrongful Death/Solatium |
| 33 | Nicole Sammartino | VA | United States | John Sammartino | Child | United States | Solatium |
| 34 | Jose A. Medina | NJ | United States | Ayleen J. Santiago | Sibling | United States | Solatium |
| 35 | Sonia Hernandez | TX | United States | Ayleen J. Santiago | Sibling | United States | Solatium |
| 36 | Julio Medina | FL | United States | Ayleen J. Santiago | Parent | United States | Solatium |

docs-100078833.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 37 | Phaedra Savas | NY | United States | Anthony Savas | Spouse | United States | Solatium |
| 38 | Phaedra Savas | NY | United States | Anthony Savas | PR | United States | Wrongful Death/Solatium |
| 39 | Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel | NJ | United States | Jon S. Schlissel | Parent (Deceased) | United States | Solatium |
| 40 | Denise Schrang | NY | United States | Gerald P. Schrang | Spouse | United States | Solatium |
| 41 | Denise Schrang | NY | United States | Gerald P. Schrang | PR | United States | Wrongful Death/Solatium |
| 42 | Jaclyn McManus | NY | United States | Gerald P. Schrang | Child | United States | Solatium |
| 43 | Tevis Laspa | WA | United States | Susan Lee Schuler | Sibling | United States | Solatium |
| 44 | Katherine R. Krieger | OR | United States | Susan Lee Schuler | Sibling | United States | Solatium |
| 45 | Elizabeth Schlehr | OH | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 46 | Arthur A. Walier | NY | United States | Margaret Seeliger | Parent | United States | Solatium |
| 47 | Andrew T. Walier | NY | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 48 | James M. Walier | NJ | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 49 | Joseph Walier | NY | United States | Margaret Seeliger | Sibling | United States | Solatium |

16

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 50 | John P. Walier | NY | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 51 | Matthew Walier | NY | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 52 | Peter Joseph Walier | GA | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 53 | Paul Walier | NY | United States | Margaret Seeliger | Sibling | United States | Solatium |
| 54 | Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier | NY | United States | Margaret Seeliger | Parent (Deceased) | United States | Solatium |
| 55 | Ruth Sigmund | PA | United States | Johanna Sigmund | Parent | United States | Solatium |
| 56 | Ruth Sigmund | PA | United States | Johanna Sigmund | PR | United States | Wrongful Death/Solatium |
| 57 | John Sigmund Sr. | PA | United States | Johanna Sigmund | Parent | United States | Solatium |
| 58 | Patricia Signer | NY | United States | Dianne Signer | Parent | United States | Solatium |
| 59 | Patricia Signer | NY | United States | Dianne Signer | PR | United States | Wrongful Death/Solatium |
| 60 | John F. Signer | NY | United States | Dianne Signer | Sibling | United States | Solatium |
| 61 | Kenneth Signer | FL | United States | Dianne Signer | Sibling | United States | Solatium |
| 62 | Jill S. Polansky | NJ | United States | Thomas E. Sinton III | Sibling | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 63 | Sally Sinton | Austrailia | United States | Thomas E. Sinton III | Sibling | United States | Solatium |
| 64 | Susan M. Sinton | FL | United States | Thomas E. Sinton III | Parent | United States | Solatium |
| 65 | Tiffany Smith | FL | United States | Leon Smith | Child | United States | Solatium |
| 66 | Nakia Smith | NY | United States | Leon Smith | Child | United States | Solatium |
| 67 | Yolanda Smith-Purdy | FL | United States | Leon Smith | Child | United States | Solatium |
| 68 | Mary Elizabeth Reddy | NY | United States | Moira A. Smith | Sibling | United States | Solatium |
| 69 | Patricia S. Rafter | NY | United States | Bonnie Smithwick | PR | United States | Wrongful Death/Solatium |
| 70 | Patricia Smithwick Rafter as Personal Representative of the Estate of Thomas J. Smithwick | NY | United States | Bonnie Smithwick | Spouse (Deceased) | United States | Solatium |
| 71 | Katharine E. Smithwick | NY | United States | Bonnie Smithwick | Child | United States | Solatium |
| 72 | James W. Smithwick | NY | United States | Bonnie Smithwick | Child | United States | Solatium |
| 73 | Peter Shihadeh as Personal Representative of the Estate of Theodore D. Smithwick | PA | United States | Bonnie Smithwick | Parent (Deceased) | United States | Solatium |

18

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 74 | Peter Shihadeh | PA | United States | Bonnie Smithwick | Sibling | United States | Solatium |
| 75 | Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh | PA | United States | Bonnie Smithwick | Parent (Deceased) | United States | Solatium |
| 76 | Michael Spampinato as Personal Representative of the Estate of Mary Spampinato | MI | United States | Donald F. Spampinato | Parent (Deceased) | United States | Solatium |
| 77 | Barbara Carroll Spence | GA | United States | Maynard S. Spence | Spouse | United States | Solatium |
| 78 | Barbara Carroll Spence | GA | United States | Maynard S. Spence | PR | United States | Wrongful Death/Solatium |
| 79 | Vincent A. Statz | WI | United States | Patricia J. Statz | Parent | United States | Solatium |
| 80 | Leslie Intindoli as Personal Representative of the Estate of Theresa Strauss | NY | United States | Steven Strauss | Parent (Deceased) | United States | Solatium |
| 81 | Leslie Intindoli as Personal Representative of the Estate of Albert Strauss | NY | United States | Steven Strauss | Parent (Deceased) | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 82 | Leslie A. Intindoli | NY | United States | Steven Strauss | Sibling | United States | Solatium |
| 83 | James R. Sullivan | NY | United States | Christopher P. Sullivan | Parent | United States | Solatium |
| 84 | Joan R. Sullivan | NY | United States | Christopher P. Sullivan | Parent | United States | Solatium |
| 85 | Kevin M. Sullivan | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 86 | Matthew J. Sullivan | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 87 | Peter Q. Sullivan | FL | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 88 | Robert J. Sullivan | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 89 | Joan Wolffer | NY | United States | Christopher P. Sullivan | Sibling | United States | Solatium |
| 90 | Peter T. Swift Jr. | NJ | United States | Thomas F. Swift | Sibling | United States | Solatium |
| 91 | James S. Swift (via POA: Peter T. Swift) | NJ | United States | Thomas F. Swift | Sibling | United States | Solatium |
| 92 | Patrick T. Swift | NJ | United States | Thomas F. Swift | Sibling | United States | Solatium |
| 93 | Frances Swift | NJ | United States | Thomas F. Swift | Parent | United States | Solatium |
| 94 | Frances Swift as Personal Representative of the Estate of Peter T. Swift, Sr. | NJ | United States | Thomas F. Swift | Parent (Deceased) | United States | Solatium |

docs-100078833.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 95 | George O. Taylor | MD | United States | Hilda E. Taylor | Sibling | United States | Solatium |
| 96 | George O. Taylor | MD | United States | Hilda E. Taylor | PR | United States | Wrongful Death/Solatium |
| 97 | Dennis Stafford | Sierra Leone | Sierra Leone | Hilda E. Taylor | Child | United States | Solatium |
| 98 | Octavia Bangura | MD | United States (Permanent Resident) | Hilda E. Taylor | Child | United States | Solatium |
| 99 | Yvette Jones | MD | United States (Permanent Resident) | Hilda E. Taylor | Sibling | United States | Solatium |
| 100 | Edna Mibayo | MD | United States (Permanent Resident) | Hilda E. Taylor | Sibling | United States | Solatium |

docs-100078833.1