

CAROLYN MAYER BEUG          DAVID LAWRE

S CURRY EEN          CHRISTOPHER R. ZA

RAHMA SALIE AND HER UNBORN CHII