UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Cheryl Rivelli, et al. v. Islamic Republic of Iran</u>, No. 1:18-cv-11878 (GBD)(SN)
    <u>Matthew Rowenhorst, et al. v. Islamic Republic of Iran</u>, No. 1:18-cv-12387 (GBD)(SN)

    The plaintiffs listed in Exhibit A move for final judgment as to liability and partial final judgment for damages against the Islamic Republic of Iran. ECF No. 10267.[1] The filing, however, does not list a personal representative for either plaintiff, both of whom are deceased. Accordingly, the motion is DENIED without prejudice, with leave to refile once a personal representative is provided for each plaintiff.

    The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 10267, in 18-cv-11878 (GBD)(SN) at ECF No. 216, and in 18-cv-12387 (GBD)(SN) at ECF No. 248.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:    September 6, 2024
                New York, New York

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

# Exhibit A

Ex. A

| | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | Michael | | Theodoridis | | Switzerland | Rahma | | Salie | | Sri Lanka | 9/11/2001 | NY | 18cv11878 | 18cv11878 1 at 3 | | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |
| 2 | Rahma | | Salie | | Sri Lanka | Michael | | Theodoridis | | Switzerland | 9/11/2001 | NY | 18cv12387 | 18cv12387 1 at 4 | | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |