UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

**This filing relates to:**

*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.*, 04-cv-01922 (GBD) (SN)
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.*, 04-cv-01923 (GBD) (SN)
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD) (SN)
*C. I. O'Neill et al. v. Republic of the Sudan, et al.*, 18-cv-12114 (GBD) (SN)
*Aamoth et al. v. Islamic Republic of Iran*, 18-cv-12276 (GBD) (SN)
*Aamoth et al. v. Kingdom of Saudi Arabia*, 18-cv-12270 (GBD) (SN)
*Abel et al. v. Islamic Republic of Iran*, 18-cv-11837 (GBD) (SN)
*Abel et al. v. Kingdom of Saudi Arabia*, 18-cv-11880 (GBD) (SN)
*Ades et al. v. Islamic Republic of Iran*, 18-cv-07306 (GBD) (SN)
*Agyeman et al. v. Islamic Republic of Iran*, 18-cv-05320 (GBD) (SN)
*Bonomo et al. v. Kingdom of Saudi Arabia*, 18-cv-11885 (GBD) (SN)
*Bush et al. v. Kingdom of Saudi Arabia*, 18-cv-11964 (GBD) (SN)
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia*, 18-cv-11888 (GBD) (SN)
*DeConto et al. v. Kingdom of Saudi Arabia*, 18-cv-11904 (GBD) (SN)
*DeRubbio et al. v. Islamic Republic of Iran, et al.*, 18-cv-05306 (GBD) (SN)
*Deuel et al. v. Kingdom of Saudi Arabia*, 18-cv-12272 (GBD) (SN)
*Garger et al. v. Kingdom of Saudi Arabia*, 18-cv-11950 (GBD) (SN)
*Gordenstein et al. v. Kingdom of Saudi Arabia*, 18-cv-11941 (GBD) (SN)
*Harris et al. v. Kingdom of Saudi Arabia*, 18-cv-11946 (GBD) (SN)
*Hemenway et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
*Jimenez et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN)
*Kamardinova et al. v. Islamic Republic of Iran*, 18-cv-05339 (GBD) (SN)
*Kim et al. v. Islamic Republic of Iran*, 18-cv-11870 (GBD) (SN)
*Kincaid et al. v. Kingdom of Saudi Arabia*, 18-cv-12273 (GBD) (SN)
*Lang et al. v. Kingdom of Saudi Arabia*, 18-cv-11926 (GBD) (SN)
*Mercer et al. v. Kingdom of Saudi Arabia*, 18-cv-11965 (GBD) (SN)
*Moody-Theinert et al. v. Islamic Republic of Iran*, 18-cv-11876 (GBD) (SN)
*Morris et al. v. Islamic Republic of Iran, et al.*, 18-cv-05321 (GBD) (SN)
*Murray et al. v. Kingdom of Saudi Arabia*, 18-cv-11966 (GBD) (SN)
*Ortiz et al. v. Kingdom of Saudi Arabia*, 18-cv-12274 (GBD) (SN)
*Perez et al. v. Kingdom of Saudi Arabia*, 18-cv-11967 (GBD) (SN)
*Richards et al. v. Kingdom of Saudi Arabia*, 18-cv-11969 (GBD) (SN)
*Rivelli et al. v. Islamic Republic of Iran*, 18-cv-11878 (GBD) (SN)

docs-100749285.1

*Rooney et al. v. Kingdom of Saudi Arabia*, 18-cv-11970 (GBD) (SN)
*Rowenhorst et al. v. Islamic Republic of Iran*, 18-cv-12387 (GBD) (SN)
*Schlissel et al. v. Islamic Republic of Iran*, 18-cv-05331 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 18-cv-11971 (GBD) (SN)
*Stackpole et al. v. Kingdom of Saudi Arabia*, 18-cv-12275 (GBD) (SN)
*Zelmanowitz et al. v. Kingdom of Saudi Arabia*, 18-cv-12381 (GBD) (SN)
*BNY Mellon, et al v. Islamic Republic of Iran*, 19-cv-11767 (GBD) (SN)
*Bodner, et al v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
*Bernaerts, et al v. Islamic Republic of Iran, et al.*, 19-cv-11865 (GBD) (SN)
*Aron et al v. Islamic Republic of Iran*, 20-cv-09376 (GBD) (SN)
*Hargrave et al v. Islamic Republic of Iran*, 20-cv-09387 (GBD) (SN)
*Asaro et al v. Islamic Republic of Iran*, 20-cv-10460 (GBD) (SN)
*Bianco et al. v. Islamic Republic of Iran*, 20-cv-10902 (GBD) (SN)
*Amato et al. v. Islamic Republic of Iran*, 1:21-cv-10239 (GBD) (SN)
*King et al. v. Islamic Republic of Iran*, 1:22-cv-05193 (GBD) (SN)
*Strauss et al. v. Islamic Republic of Iran, et al.*, 1:22-cv-10823 (GBD) (SN)
*Kone et al v. Islamic Republic of Iran, et al.*, 1:23-cv-05790 (GBD) (SN)
*Kelly et al v. Islamic Republic of Iran, et al.*, 1:23-cv-07283 (GBD) (SN)
*Gladys Lopez, et al v. Islamic Republic of Iran, et al.*, 1:23-cv-08305 (GBD) (SN)
*Patricia Fennelly, et al. v. Islamic Republic of Iran, et al.*, 1:23-cv-10824 (GBD) (SN)
*Mary Jelnek et al v. Islamic Republic of Iran, et al.*, 1:23-cv-05520 (GBD) (SN)
*Kenneth Lum et al v. Islamic Republic of Iran, et al.*, 1:23-cv-07824 (GBD) (SN)

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

Please take notice, and update your file accordingly, that counsel for Plaintiffs, has relocated their New York office. There will be no changes to phone, facsimile or email addresses. Counsel's new address is as follows:

**JERRY S. GOLDMAN, ESQ.**
**BRUCE E. STRONG, ESQ.**
**ALEXANDER GREENE, ESQ.**
**JEREMY SHOCKETT, ESQ.**
**ETHAN GREENBERG, ESQ.**
**REGAN E. SAMSON, ESQ.**
**JEFFREY E. GLEN, ESQ.**
**ROBERT M. HORKOVICH, ESQ.**
**LAWRENCE KILL, ESQ.**
**ETHAN MIDDLEBROOKS, ESQ.**
**ANDERSON KILL P.C.**
**7 TIMES SQUARE, 15 FLOOR**
**NEW YORK, NY 10036**

docs-100749285.1

Dated: January 10, 2025	By:	*/s/ Jerry S. Goldman*
**ANDERSON KILL P.C.**
Jerry S. Goldman, Esq.
7 Times Square, 15th Floor
New York, NY 10036
Telephone: 212-278-1000
Email: jgoldman@andersonkill.com
*Attorney for Plaintiffs*

docs-100749285.1