UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE:                                       :      ORDER
:
                                             :      03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                         :
SEPTEMBER 11, 2001                           :
:
:
------------------------------------x

This document relates to:

> *Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)
> *Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD) (SN)
> *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD) (SN)
> *Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN)
> *Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD) (SN)
> *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN)
> *Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD) (SN)
> *Kenneth Lum, et al. v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF THE *LUM* PLAINTIFFS IDENTIFFIED IN EXHIBIT A, EXHIBIT B, AND EXHIBIT D**

GEORGE B. DANIELS, United States District Judge:

The plaintiffs in the above captioned matters, including the *Lum* Plaintiffs, move for the entry of partial final default judgments against Defendant the Islamic Republic of Iran. (ECF Nos. 11158, 11159, 11160, 11161.)[1] Upon consideration of the evidence and arguments set forth in the Declarations of Jerry S. Goldman, Esq. and the exhibits thereto (ECF No. 11160); and in light of the previously entered default judgments as to liability against the Islamic Republic of Iran[2]; together with the entire record in this case, it is hereby

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).
[2] *See* ECF Nos. 4563 (*DeRubbio*), 4595 (*Morris*), 5047 (*Rivelli*), 5054 (*Hemenway*), 7522 (*Bianco*), 9416 (*King*), 10306 (*Kone*).

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants[3]; and it is

**ORDERED** that the motion for judgment by default against Iran on behalf of the Plaintiffs in *Kenneth Lum, et al. v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD) (SN) is GRANTED and judgments as to liability are entered in favor of all *Lum* Plaintiffs[4] against Iran; and it is

**ORDERED** that partial final damages judgments are entered against Iran on behalf of those Plaintiffs in the above-captioned matters who are identified in the attached Exhibit B who are each a spouse, child, parent, or sibling of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is further

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per child, $8,500,000 per parent, and $4,250,000 per sibling, as set forth in Exhibit B; and it is further

---

[3] The Court makes this finding for only the plaintiffs in *Kenneth Lum, et al. v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD) (SN).

[4] The *Lum* filings contain two discrepancies related to the plaintiffs requesting default judgments, which the Court resolves as follows. First, the operative complaint in *Lum v. Iran* lists Kenneth Lum as the Personal Representative of the "Estate of William Lum." *Lum*, No. 24-cv-07824, ECF No. 1 at 1, 7. But the relevant expert reports and Exhibits B, C, and D to the Proposed Order refer to "William Lum, Jr." as the 9/11 decedent. *See* ECF No. 11160-6 at 1, 3 (expert report filed under seal); ECF Nos. 11161-2, 11161-3, and 11161-4. The Court assumes that the Plaintiffs request a liability judgment and compensatory damages for the same "William Lum" whose estate was properly added a plaintiff in the *Lum* member case. Second, Appendix 1 to the operative complaint in *Lum v. Iran* lists Tryone May, Jr. as "Spouse" of Tyrone May, a 9/11 decedent. *Lum*, No. 24-cv-07824, ECF No. 1 at 7. But earlier in the same complaint, and in all other relevant filings, Tyrone May, Jr. is listed as a "surviving child of Tyrone May." *Id.* at 2; *see* ECF No. 11161-2 (solatium claim as "Child"). Moreover, Marva May is listed as "Spouse" of Tyrone May and as Personal Representative of the Estate of Tyrone May in the same filings. *See Lum*, No. 24-cv-07824, ECF No. 1 at 1, 7; ECF No. 11161-2. The Court therefore assumes that Appendix 1 to the *Lum* Complaint includes a typographical error and that the Plaintiffs correctly request solatium damages for Tyrone May, Jr. as the child (not spouse) of Tyrone May.

**ORDERED** that a partial final damages judgment is entered against Iran on behalf of the Plaintiffs in the above-captioned matters, as identified in the attached Exhibit C and Exhibit D, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit C and Exhibit D; and it is further

**ORDERED** that the Plaintiffs identified in the attached Exhibit C are awarded compensatory damages for decedents' pain and suffering in the amount of $2,000,000, as set forth in the attached Exhibit C; and it is further

**ORDERED** that the Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") are awarded economic damages as set forth in the attached Exhibit D and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

**ORDERED** that the Plaintiffs identified in Exhibit B, Exhibit C, and Exhibit D are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 (except for the economic damages portion of awards for those Plaintiffs in Exhibit D, where pre-judgment interest will run from the date as indicated in the "Date of Report" column in Exhibit D) until the date of judgment; and it is further

**ORDERED** that the Plaintiffs identified in Exhibit B, Exhibit C, and Exhibit D may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matters not appearing in Exhibit B, Exhibit C, and Exhibit D may submit in later stages applications for damages awards to the extent such awards have not previously been ordered.

The Clerk of Court is further directed to close the motions at:

- ECF No. 11158, in 03-md-1570
- ECF No. 341, in 18-cv-0530
- ECF No. 341, in 18-cv-05321
- ECF No. 265, in 18-cv-11878
- ECF No. 359, in 18-cv-12277
- ECF No. 216, in 20-cv-10902
- ECF No. 228, in 22-cv-05193
- ECF No. 111, in 23-cv-05790
- ECF No. 40, in 24-cv-07824

Dated: February 3, 2026.
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit B

Solatium - (description)

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitution | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| | | | | Debra | Maxwell | Dennis | | US | Kevin | | Dennis | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | $12,500,000.00 | 9/11/2001 | | |
| | | | | Elliot | Maxwell | Dennis | | US | Kevin | | Dennis | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | $8,500,000.00 | 9/11/2001 | | |
| | | | | Ryan | Alexander | Dennis | | US | Kevin | | Dennis | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | $8,500,000.00 | 9/11/2001 | | |
| | | | | Tyrone | | May | Jr. | US | Tyrone | | May | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | N/A | $8,500,000.00 | 9/11/2001 | | |
| | | | | Marva | Althea | May | | US | Tyrone | | May | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | $12,500,000.00 | 9/11/2001 | | |
| | | | | Kenneth | | Lum | | US | William | | Lum | Jr. | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | $4,250,000.00 | 9/11/2001 | | |
| Stacy | | Paolozzi | | Estelle | | Pershep | | US | Franklin | Allan | Pershep | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 6 | MDL ECF No. 11098 (granted at 11104) | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | $12,500,000.00 | 9/11/2001 | | |
| Grace | | Salinardi | | Richard | Lawrence | Salinardi | Jr. | US | Richard | Lawrence | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 11095 | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A | $8,500,000.00 | 9/11/2001 | | |

# Exhibit C

Estates - Pain & Suffering - (description)

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Debra | | Dennis | | Kevin | | Dennis | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | N/A | $2,000,000.00 | N/A | $2,000,000.00 | 9/11/2001 | | |
| 2 | Kenneth | | Lum | | William | | Lum | Jr. | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | N/A | $2,000,000.00 | N/A | $2,000,000.00 | 9/11/2001 | | |
| 3 | Marva | | May | | Tyrone | | May | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | N/A | $2,000,000.00 | N/A | $2,000,000.00 | 9/11/2001 | | |

# Exhibit D

Estates – Economic – (description)

| # | Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | |
| 1 | Patricia | | Fennelly | | Robert | | Canfield | | US | 9/11/2001 | NY | 20cv10502 | 20cv10502, 1 at 2 | MDL ECF No. 10874 (granted at 10878) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1 | 8/1/2025 | N/A | $1,507,115.00 | N/A | $1,507,115.00 | 8/1/2025 | | |
| 2 | Debra | | Dennis | | Kevin | | Dennis | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24 | 3/1/2025 | N/A | $3,772,049.00 | N/A | $3,772,049.00 | 3/1/2025 | | |
| 3 | Johanna | | Kmetz | | Margaret | Ruth | Echtermann | | US | 9/11/2001 | NY | 20cv10502 | 20cv10502, 1 at 3 | MDL ECF No. 10913 (granted at 10930) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 47 | 8/1/2025 | N/A | $2,909,289.00 | N/A | $2,909,289.00 | 8/1/2025 | | |
| 4 | Shirley | | Foreman | | Donald | A. | Foreman | | US | 9/11/2001 | NY | 18cv05306 | 18cv05306, 6 at 10 | | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 70 | 6/1/2025 | N/A | $1,562,314.00 | N/A | $1,562,314.00 | 6/1/2025 | | |
| 5 | Kyler | | Lake | | William | D. | Lake | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 3 | MDL ECF No. 10915 (granted at 10931) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 82 | 9/1/2025 | N/A | $2,673,674.00 | N/A | $2,673,674.00 | 9/1/2025 | | |
| 6 | Kenneth | | Lum | | William | | Lum | Jr. | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1 | 5/1/2025 | N/A | $559,124.00 | N/A | $559,124.00 | 5/1/2025 | | |
| 7 | Marva | | May | | Tyrone | | May | | US | 9/11/2001 | NY | 24cv07824 | 24cv07824, 1 at 1 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 24 | 3/1/2025 | N/A | $2,455,328.00 | N/A | $2,455,328.00 | 3/1/2025 | | |
| 8 | Melissa | | Perry | | Emelda | | Perry | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 5 at 10 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 48 | 7/1/2025 | N/A | $795,646.00 | N/A | $795,646.00 | 7/1/2025 | | |
| 9 | Shawn; Katharine | | Salvo; Schlosser | | Edward | | Salvo | | US | 9/11/2001 | NY | 18cv11876 | 18cv11876, 1 at 3 | | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 72 | 7/1/2025 | N/A | $1,991,045.00 | N/A | $1,991,045.00 | 7/1/2025 | | |